**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*******************************
UNITED STATES OF AMERICA                    25-mj-00006

-v.-

SHANE HENNEN                                 Docket Number
*******************************

SUBMITTED BY: Plaintiff ___  Defendant ___  DOJ ✓
Name: David I. Berman
Firm Name: USAO EDNY
Address: 271 Cadman Plaza East, BK NY, 11201

Phone Number: 718-254-6167
E-Mail Address: david.berman2@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___  NO ✓
If yes, state description of document to be entered on docket sheet:

**A.)** If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: ___
Judge/Magistrate Judge: ___
Date Entered: ___

**B.)** If a **new application**, the statute, regulation, or other legal basis that authorizes filing under seal

ongoing criminal investigation; risk of flight

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn _____, NEW YORK

        *Lois Bloom*    1/11/25

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE _____  DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___ ; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

01/11/2025                                 *David I. Berman*
DATE                                          SIGNATURE