UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA                                    25-MJ-00006
                Plaintiff(s),
v.                                                          NOTICE OF MOTION
                                                                                                                              TO ADMIT COUNSEL
SHANE HENNEN                                                PRO HAC VICE
                             Defendant(s)
-----------------------------------------------------------X

TO:    Opposing Counsel

        David I Berman

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Todd M Leventhal__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Leventhal and Associates, PLLC__ and a member in good standing of the bar(s) of the State(s) of __Nevada and California__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Shane Hennen__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 1-22-25

Respectfully submitted,

_____
Signature of Movant
Firm Name Todd M Leventhal
Address 319 S. 3rd Street
            Las Vegas, NV 89101
Email leventhalandassociates@gmail.com
Phone 702-472-8686

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA
    Plaintiff(s),

v.

SHANE HENNEN
    Defendant(s).

25-MJ-00006

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

---

I, __Todd M Leventhal__, being duly sworn, hereby depose and say as follows:

1. I am a(n) __Associate__ with the law firm of __Leventhal and Associates, PLLC__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __Nevada and California__.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I __Have not__ been convicted of a felony. If you have, please describe facts and circumstances.

6. I __Have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __25-mj-0006__ for __Shane__ __SHANE HENNEN__.

Date __1-22-25__

**NOTARIZED**
SEE Attached PAGE

Signature of Movant
Firm Name __Leventhal and Associates, PLLC__
Address __319 S. 3rd Street__
__Las Vegas, NV 89101__
Email __leventhalandassociates@gmail.com__
Phone __702-472-8686__

## JURAT WITH AFFIANT STATEMENT

State of **Nevada**
County of **Clark**  } ss.

☒ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], not Notary)

1. ~~
2. ~~
3. ~~
4. ~~
5. ~~
6. ~~
7. ~~

Signature of Document Signer (Affiant) No. 1    Signature of Document Signer (Affiant) No. 2 (if any)

Subscribed and sworn to (or affirmed) before me this **22** day of **January**, **4**, by
Date    Month    Year

(1) **Todd M. Leventhal**
Name of Signer No. 1

(2) _____
Name of Signer No. 2 (if any)

*[Notary seal: MARIBEL GODINEZ, Notary Public, State of Nevada, Appointment No. 09-10522-1, My Appt. Expires Jul 10, 2025]*

Signature of Notary Public

Place Notary Seal/Stamp Above    Any Other Required Information (Residence, Expiration Date, etc.)

INFORMATION IN AREAS 3-6 REQUIRED IN ARIZONA. OPTIONAL IN OTHER STATES.

**Description of Any Attached Document**
3 Title or Type of Document: **AFFIDAVIT In Support of Motion to Admit Counsel Pro Hac Vice**
4 Document Date: **1/22/25**    5 Number of Pages: **5**
6 Signer(s) Other Than Named Above: _____

© 2012 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #25924

# STATE BAR OF NEVADA

## CERTIFICATE OF STANDING

| | |
|---|---|
| **Issue Date:** | 1/21/2025 |
| **Attorney Name:** | Todd M. Leventhal |
| **Neveda Bar Number:** | 8543 |
| **License Type:** | ATTORNEY |
| **License Status:** | Active |
| **Admit/Certification Date:** | 9/25/2003 |

3100 W. Charleston Blvd.
Suite 100
Las Vegas, NV 89102
phone 702.382.2200
toll free 800.254.2797
fax 702.382.2075

9456 Double R Blvd., Ste. B
Reno, NV 89521-5977
phone 775.329.4100
fax 775.329.0522

www.nvbar.org

To Whom It May Concern:

The State Bar of Nevada records indicate that the attorney named above was admitted or certified to practice in the State of Nevada and is in good standing as of the issue date.

If the attorney's License Type is NMATTORNEY (non-member attorney), they were certified to practice pursuant to Nevada Supreme Court Rule 49.1 'Limited practice certification for certain attorneys'. Refer to License Status for the subsection.

This certification expires 30 days from the issue date unless sooner revoked or rendered invalid by operation of rule or law.

Questions may be directed to memberservices@nvbar.org.

_Mary Jorgensen_
Mary Jorgensen
Member Services Director

No.2025 -10608833
verify by email at memberservices@nvbar.org

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

January 22, 2025

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TODD MATTHEW LEVENTHAL, #223577 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 2002 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Carolina Almarante-Terrero*

Carolina Almarante-Terrero
Custodian of Records